EDWARD J. ACHREM & ASSOCIATES, LTD.
Edward J. Achrem, Esq.
Nevada Bar No. 2281
512 South Tonopah, Ste. 100
Las Vegas, Nevada 89106
Phone: (702) 734-3936
Fax: (702) 734-7199
ejachrem@aol.com
Attorneys for Plaintiff

UNITED STATED DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| NICOLE THOMPSON, SHIRLEY THOMPSON, and DENNIS THOMPSON, <br><br> Plaintiffs, <br><br> vs. <br><br> AUTOLIV SAFETY TECHNOLOGY INC, a Delaware Corporation; TRW AUTOMOTIVE U.S. LLC, a Delaware Corporation licensed in Nevada; DOES I-X, inclusive; ROE CORPORATIONS I-X, inclusive <br><br> Defendants. | Case No.: 2:09-cv-1375-PMP-LRL |

**STIPULATION AND ORDER TO ALLOW PLAINTIFFS TO FILE AMENDED COMPLAINT; AND TO DISMISS AUTOLIV SAFETY TECHNOLOGY INC, WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED by and among (i) Plaintiffs NICOLE THOMPSON, SHIRLEY THOMPSON, and DENNIS THOMPSON, through their attorneys, EDWARD J. ACHREM & ASSOCIATES, LTD., (ii) Defendant AUTOLIV SAFETY TECHNOLOGY INC., through its attorneys, MORRIS PETERSON, and (iii) Defendant TRW AUTOMOTIVE U.S., LLC, through its attorneys, OLSON, CANNON, GORMLEY & DESRUISSEAUX, to allow Plaintiffs to file an Amended Complaint, in which Autoliv ASP, Inc., ("ASP") will be added as a party and Autoliv Safety Technologies, Inc., ("AST") will be dismissed without prejudice.

1

A copy of the proposed Amended Complaint has been attached as Exhibit "1" and incorporated by reference herein.

IT IS FURTHER STIPULATED by and among the above parties that the dismissal of AST from the above litigation, pursuant to FRCP 41(a)(1), is specifically being made without prejudice. A copy of the "Stipulation Relating to Dismissal of Autoliv Safety Technology, Inc." has been attached as Exhibit "2" and incorporated by reference herein.

DATED this 4th day of March, 2010.

BY /s/ Ed Achrem
Edward J. Achrem, Esq.
Nevada Bar No. 2281
EDWARD J. ACHREM & ASSOCIATES
512 S. Tonopah Drive., #100
Las Vegas, Nevada 89106
Counsel for Plaintiffs

BY /s/ Jeff M. Golub
Steve Morris, Esq.
Nevada Bar No. 1543
Ryan Lower, Esq.
Nevada Bar No. 9108
MORRIS PETERSON
900 Bank of America Plaza
300 S. Fourth Street
Las Vegas, Nevada 89101

Jeff M. Golub (admitted pro hac vice)
BECK, REDDEN & SECREST, LLP.
1221 McKinney Street, Suite 4500
Houston, Texas 77010

Counsel for Defendant
Autoliv Safety Technology, Inc.

BY /s/ Katheryne R. MarDock
Michael E. Stoberski, Esq.
Nevada Bar No. 4762
OLSON, CANNON, GORMLEY & DESRUISSEAUX
9950 W. Cheyenne Avenue
Las Vegas, Nevada 89129

David R. Tippetts
Katheryne R. MarDock
WEINSTEIN TIPPETTS & LITTLE,
7660 Woodway, Suite 500
Houston, Texas 77063
(713) 244-0806
(713) 244-0801 FAX

Counsel for Defendant
TRW Automotive U.S. LLC

2

## ORDER

Upon stipulation of the Parties, by and through their respective legal counsel, and for good cause shown:

IT IS HEREBY ORDERED that Plaintiffs are granted leave to file the Amended Complaint that is attached as Exhibit "1".

IT IS FURTHER ORDERED by the Court that all claims by Nicole Thompson, Shirley Thompson and Dennis Thompson against Defendant Autoliv Safety Technology are hereby dismissed without prejudice pursuant to FED.R.CIV.P.41(a)(1), with fees and costs taxed against the parties incurring same.

Signed this 5th day of March, 2010.

_____
PHILIP M. PRO, UNITED STATES DISTRICT JUDGE