MORRIS PETERSON
Steve Morris, Bar No. 1543
Email: sm@morrislawgroup.com
Ryan Lower, Bar No. 9108
Email: rml@morrislawgroup.com
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 474-9400
Facsimile: (702) 474-9422

Jeff M. Golub (admitted pro hac vice)
Email: jgolub@brsfirm.com
BECK, REDDEN & SECREST, L.L.P.
1221 McKinney Street, Suite 4500
Houston, Texas 77010
Telephone: (713) 951-3700
Facsimile: (713) 951-3720

Attorneys for Defendant
Autoliv ASP, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NICOLE THOMPSON, SHIRLEY THOMPSON, and DENNIS THOMPSON, <br><br> Plaintiffs, <br><br> vs. <br><br> AUTOLIV SAFETY TECHNOLOGY INC., a Delaware Corporation; TRW AUTOMOTIVE U.S. LLC, a Delaware Corporation licensed in Nevada, DOE DEFENDANTS I-X and ROE CORPORATIONS I-X, inclusive, <br><br> Defendants. | Case No. 2:09-cv-01375-PMP-LRL <br><br> **SECOND STIPULATED AMENDED DISCOVERY PLAN AND SCHEDULING ORDER REGARDING DAMAGES EXPERT DEADLINES** <br><br> **(SECOND REQUEST)** |

Pursuant to Local Rule 26-4 of the United States District Court of Nevada, Plaintiffs, Defendant Autoliv ASP, Inc. and Defendant TRW Automotive U.S., LLC hereby submit this Second Stipulated Amended Discovery Plan and Scheduling Order Regarding Damages Expert Deadlines, as follows:

MORRIS PETERSON
ATTORNEYS AT LAW
00 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

The current Discovery Plan and Scheduling Order dated May 12, 2010, (Doc #39) provides, among other deadlines, the following schedule regarding expert disclosures:

| Event | Current Deadline |
|---|---|
| Expert Disclosures | September 16, 2010 |
| Rebuttal Expert Disclosures | November 1, 2010 |

In this Stipulation, the parties request a limited extension of the current deadlines for damages/causation/medical related experts. The parties do not request any other changes to the current Scheduling Order. To date the parties have been diligently engaging in pretrial discovery. These are some of discovery tasks undertaken to date[1]:

- The parties have exchanged Fed. R. Civ. P. 26(a)(I) Initial Disclosures.
- Plaintiffs provided supplemental Fed. R. Civ. P. 26(a)(I) Initial Disclosures.
- Plaintiffs responded to written discovery requests from TRW and Autoliv.
- Defendants TRW and Autoliv ASP responded to written discovery requests from Plaintiffs.
- Defendant TRW has served non-party subpoenas on several of Plaintiffs' medical providers to obtain updated medical records.
- Defendant Autoliv ASP served a non-party subpoena on Chrysler Group and obtained documents in response related to the previous litigation brought by Plaintiff against Chrysler arising out of the same incident.
- Defendant Autoliv ASP served non-party subpoenas to obtain employment and education records related to Plaintiff Nicole Thompson.
- Defendants TRW and Autoliv ASP deposed each of the Plaintiffs.
- Plaintiffs deposed a Rule 30(b)(6) representative of Autoliv ASP
- Plaintiffs deposed a Rule 30(b)(6) representative of TRW.

---

[1] By listing these tasks, no party hereby stipulates to the completeness of any other party's discovery responses, including depositions.

MORRIS PETERSON
ATTORNEYS AT LAW
900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

Despite those diligent efforts, the parties agree that additional discovery remains to be completed, including but not limited to obtaining complete updated medical records pertaining to Plaintiffs' treatment. Plaintiffs recently indicated that there are additional medical providers from which records have not yet been obtained. It is unclear exactly when those records will be produced by the medical providers. In light of these circumstances, Plaintiffs and Defendants agree that additional time is necessary to prepare and furnish damages, causation and medical-related expert disclosures. Accordingly, the parties request the Court enter an Amended Scheduling Order that extends the expert disclosure dates for damages/causation/medical-related experts as follows:

| Event | Previous deadlines | New deadlines for damages/causation/medical experts only |
|---|---|---|
| Expert Disclosures | September 16, 2010 | October 22, 2010 |
| Rebuttal Expert Disclosures | November 1, 2010 | December 7, 2010 |

The parties do not request any changes to the current deadlines for any other experts, including all liability experts. Thus, initial expert disclosures for liability experts will still be due September 16, 2010, and rebuttal liability expert disclosures will still be due November 1, 2010. All other deadlines in the May 12, 2010, Stipulated Discovery Plan and Scheduling Order remain unchanged.

These modifications to the current Scheduling Order are not sought for the purpose of delay or to frustrate the progress of this case, and are sought only to give all parties a limited amount of additional time to coordinate and complete the necessary discovery to prepare and present damages/causation/medical expert witness disclosures in this case. As the court has not yet set a trial date in this case, permitting the parties the above limited extensions to the current

MORRIS PETERSON
ATTORNEYS AT LAW
900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

Scheduling Order will neither interfere with any existing pre-trial obligations nor delay the progress of this case for trial. IT IS SO STIPULATED.

| EDWARD J. ACHREM & ASSOCIATES | MORRIS PETERSON |
|---|---|
| By: /s/ Edward J. Achrem<br>Edward J. Achrem, Bar No. 2281<br>512 South Tonopah Drive, #100<br>Las Vegas, Nevada 89106<br>*Attorney for Plaintiffs* | By: /s/ Ryan Lower<br>Steve Morris, Bar No. 1543<br>Ryan Lower, Bar No. 9108<br>900 Bank of America Plaza<br>300 South Fourth Street<br>Las Vegas, Nevada 89101<br><br>Jeff M. Golub (admitted pro hac vice)<br>BECK, REDDEN & SECREST, L.L.P.<br>1221 McKinney Street, Suite 4500<br>Houston, Texas 77010<br>*Attorneys for Defendant Autoliv ASP, Inc.* |

WEINSTEIN TIPPETTS & LITTLE LLP

By: /s/ David R. Tippetts
David R. Tippetts (admitted pro hac vice)
Katheryne R. MarDock (admitted pro hac vice)
WEINSTEIN TIPPETTS & LITTLE LLP
7660 Woodway, Suite 500
Houston, Texas 77063

MICHAEL E. STOBERSKI, ESQ.
Nevada Bar No. 004762
OLSON CANNON GORMLEY & DESRUISSEAUX
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
*Attorneys for Defendant TRW Automotive U.S. LLC*

IT IS SO ORDERED this  3rd  day of  Sept.  , 2010.

_____
UNITED STATES MAGISTRATE JUDGE

MORRIS PETERSON
ATTORNEYS AT LAW
900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

4