# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Thompson et al

          Plaintiffs,

V.

Autoliv Safety Technology Inc et al

          Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:09-cv-01375-PMP-LRL

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

   IT IS ORDERED AND ADJUDGED

Judgment is hereby entered in favor of Defendants Autoliv ASP, Inc., and TRW Automotive U.S. LLC, and against Plaintiffs Shirley Thompson and Dennis Thompson as to Plaintiffs Third Cause of Action for Inflection of Emotional Distress.

| 11/2/2010 | /s/ Lance S. Wilson |
|---|---|
| Date | Clerk |
| | /s/ Sutawnee Duckro |
| | (By) Deputy Clerk |