```
EDWARD J. ACHREM & ASSOCIATES, LTD.
Edward J. Achrem, Esq.
Nevada Bar No. 2281
512 South Tonopah, Ste. 100
Las Vegas, Nevada 89106
Phone:  (702) 734-3936
Fax:  (702) 734-7199
ejachrem@aol.com
Counsel for Plaintiffs
```

UNITED STATED DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| NICOLE THOMPSON, | ) |
| | ) |
| Plaintiff, | ) Case No.: 2:09-cv-1375-PMP-LRL |
| | ) |
| vs. | ) **FOURTH STIPULATED AMENDED** |
| | ) **DISCOVERY PLAN AND** |
| AUTOLIV ASP, INC., an Indiana | ) **SCHEDULING ORDER** |
| Corporation; TRW AUTOMOTIVE U.S. | ) |
| LLC, a Delaware Corporation | ) |
| licensed in Nevada; DOES I-X, | ) |
| inclusive; ROE CORPORATIONS I-X, | ) |
| inclusive, | ) |
| | ) |
| Defendants. | ) |

Pursuant to LR 26-4, the parties hereby submit this Fourth Stipulated Amended Discovery Plan and Scheduling Order as follows:

This is a product liability action that arises out of a motor vehicle collision that occurred on 4/27/07.  The Plaintiff alleges defects in the vehicle's air bag and seat belt systems and that as a result of those defects Nicole Thompson sustained injury and is claiming over $600,000 in medical expenses alone. Both of the Defendants deny these defects, the amount of the Plaintiff's claimed medical expenses and the Plaintiff's alleged injuries.

The current Discovery Scheduling Plan and Order was

1

approved and filed on 9/15/10 (Doc #44). The parties also agreed to and the Court granted an extension on the filing of the Joint Interim Status Report on 11/18/10 (Doc #51). The current discovery schedule is as follows:

| Event | Deadline |
| --- | --- |
| Deadline to amend pleadings or add parties | September 16, 2010 |
| Expert Disclosures | November 1, 2010 |
| Rebuttal Expert Disclosures | December 16, 2010 |
| Discovery Cut-off date | January 17, 2011 |
| Parties' Interim Status Report | November 30, 2010 |
| Dispositive Motions | March 3, 2011 |
| Pretrial Order | April 3, 2011 |

Since the stipulation and order to extend the Joint Interim Status Report was signed the parties participated in a teleconference on 11/23/10 and discussed the various issues surrounding the current discovery schedule. The parties have also agreed to mediate this matter with Joe Bongiovi, Esq., whose first available date is 1/27/11. The parties wish to disclose their rebuttal experts after the mediation date.

Additionally, since the last request for an extension of discovery the parties have exchanged their initial expert designations. Given the number of experts identified, the parties believe that expert discovery and coordinating numerous expert depositions will require additional time and warrants another discovery extension.

As of yet, the parties have also been unable to resolve Plaintiff's outstanding discovery issues, due to calendar

2

conflicts. The Plaintiff continues to believe that the defendants' FRCP 30(b)(6) depositions were partial, and further testimony is necessary to respond to the Plaintiff's notice and that another notice is forthcoming and warranted. Plaintiff also feels that additional written discovery is necessary and still disputes the completeness of Defendants' current responses to discovery and anticipates the need to file motions to compel certain documents. Defendants disagree. Accordingly, Plaintiff asserts that there are still discovery disputes that remain to be resolved with respect to the Defendants' depositions and discovery responses[1].

To date the parties have been diligently engaging in pretrial discovery. The following is a list of some of the discovery that has been undertaken to date[2]:

- The parties exchanged FRCP 26(a)(1) Initial Disclosures;
- Plaintiff has provided supplements to their FRCP 26(a)(1) Initial Disclosures;
- Plaintiff responded to discovery requests from both defendants;
- Both Defendants have responded to discovery requests from the Plaintiff;
- Defendant TRW has served non-party subpoenas on several of

---

[1] By signing this stipulation no Defendant is stipulating that additional discovery from Defendants is necessary or appropriate.

[2] By listing these tasks, no party hereby stipulates to the completeness of any other party's discovery responses, including depositions.

3

Plaintiff's medical providers to obtain updated medical records;
- Defendant Autoliv ASP served a non-party subpoena on Chrysler Group and obtained documents in response related to the previous litigation brought by Plaintiffs against Chrysler arising out of the same incident;
- Defendant Autoliv ASP served non-party subpoenas to obtain employment and education records related to Plaintiff Nicole Thompson;
- Both Defendants have deposed the Plaintiff and her parents;
- Plaintiff has deposed a FRCP 30(b)(6) representative from each defendant;
- The Plaintiff has designated 9 trial expert witnesses and 21 expert treating physicians; and
- The defendants have jointly designated 3 experts, TRW has designated 3 additional experts and Autoliv has designated 2 additional experts.

Despite these efforts, the parties are still faced with very complex products liability matter, voluminous medical records and design documents, potentially in excess of 20 expert depositions, as well as additional FRCP 30(b)(6) depositions of the defendants that the Plaintiffs feel are warranted, which the Defendants disagree with.

For all these reasons, the parties request the following extension of the current deadlines:

4

| Event | Previous Deadline | New Deadline |
|---|---|---|
| Deadline to amend pleadings or add parties | September 16, 2010 | September 16, 2010 |
| Expert Disclosures | November 1, 2010 | November 1, 2010 |
| Rebuttal Expert Disclosures | December 16, 2010 | February 10, 2011[3] |
| Fact Discovery Cut-off | January 17, 2011 | March 31, 2011[4] |
| Discovery Cut-off date | January 17, 2011 | June 24, 2011[5] |
| Parties' Interim Status Report | November 30, 2010 | April 25, 2011 |
| Dispositive Motions | March 3, 2011 | August 8, 2011 |
| Pretrial Order | April 3, 2011 | September 7, 2011 |

These modifications to the current Scheduling Order are not sought for the purpose of delay or to frustrate the progress of this case, and are sought only to give the parties additional time to complete the discovery necessary to prepare this matter for trial.  As the Court has not yet set a trial date in this matter, permitting the above requested extensions to the current Scheduling Order will neither interfere with any existing pre-trial obligations nor delay the progress on this case for trial.

//

---

[3] This deadline is for the disclosure of new rebuttal experts only and not for rebuttal from experts previously identified in the parties' Initial Expert Disclosures.  The parties agree that any experts disclosed in their Initial Expert Disclosures reserve the right to submit rebuttal opinions during their depositions.

[4] All written discovery and depositions of fact witnesses will be completed by this date.

[5] All discovery of expert witnesses will be completed by this date.

5

```
1    IT IS SO STIPULATED.

2        DATED this 29th day of November, 2010.

3  BY /s/ Edward Achrem                    BY /s/ Katheryne MarDock
   Edward J. Achrem, Esq.                  Michael E. Stoberski, Esq.
4  Nevada Bar No. 2281                     Nevada Bar No. 4762
   EDWARD J. ACHREM & ASSOCIATES           OLSON, CANNON, GORMLEY &
5  512 S. Tonopah Drive., #100             DESRUISSEAUX
   Las Vegas, Nevada 89106                 9950 W. Cheyenne Avenue
6  Counsel for Plaintiffs                  Las Vegas, Nevada 89129
                                           David R. Tippetts
7                                          Katheryne R. MarDock
   BY /s/ Jeff Golub                       WEINSTEIN TIPPETTS & LITTLE,
8  Steve Morris, Esq.                      7660 Woodway, Suite 500
   Nevada Bar No. 1543                     Houston, Texas 77063
9  Ryan Lower, Esq.                        (713) 244-0806
   Nevada Bar No. 9108                     (713) 244-0801 FAX
10 MORRIS PETERSON                         Counsel for Defendant
   900 Bank of America Plaza               TRW Automotive U.S. LLC
11 300 S. Fourth Street
   Las Vegas, Nevada 89101
12 Jeff M. Golub (admitted pro
   hac vice)
13 BECK, REDDEN & SECREST, LLP.
   1221 McKinney Street, Suite
14 4500
   Houston, Texas  77010
15 Counsel for Defendant
   Autoliv Safety Technology,
16 Inc.

17    IT IS SO ORDERED this  3rd  day of  December  2010.

18                                      _____
19                                         U.S. MAGISTRATE JUDGE
```