UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| NICOLE THOMPSON, SHIRLEY THOMPSON, and DENNIS THOMPSON, <br><br> Plaintiffs, <br><br> vs. <br><br> AUTOLIV ASP, INC., a Delaware Corporation; TRW AUTOMOTIVE U.S. LLC, a Delaware Corporation, licensed in Nevada. <br><br> Defendants. | 2:09-CV-1375-PMP-LRL <br><br> **ORDER** |

The Court having read and considered Plaintiffs' Motion for Relief from Judgment and Reconsideration (Doc. #52), Defendants' Response in Opposition thereto (Doc. #55) and Plaintiffs' Reply (Doc. #56), and good cause appearing,

**IT IS ORDERED** that Plaintiffs Dennis Thompson and Shirley Thompson's Motion for Relief from Judgment and Reconsideration (Doc. #52) is **DENIED**.

DATED: December 20, 2010.

_____
PHILIP M. PRO
United States District Judge