UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| NICOLE THOMPSON, SHIRLEY THOMPSON, AND DENNIS THOMPSON,<br><br>    Plaintiffs,<br><br>vs.<br><br>AUTOLIV ASP, INC., an Indiana Corporation; TRW AUTOMOTIVE U.S. LLC, a Delaware Corporation licensed in Nevada,<br><br>    Defendants. | 2:09-CV-01375-PMP-LRL<br><br>**ORDER** |

Having read and considered the Parties Joint Motion for Determination of Good Faith Settlement (Doc. #64), Defendant TRW Automotive's Response thereto (Doc. #68), the Stipulation Regarding Joint Motion for Good Faith Settlement (Doc. #70) and Defendant TRW's Reply (Doc. #73) and good cause appearing,

**IT IS ORDERED that** the Parties Joint Motion for Determination of Good Faith Settlement (Doc. #64) is **GRANTED**, and the Court finds that the settlement reached and reflected by the filings of the Parties is hereby approved by the Court as having been made in good faith.

DATED: March 22, 2011.

_____
PHILIP M. PRO
United States District Judge