MORRIS PETERSON
Steve Morris, Bar No. 1543
Email: sm@morrislawgroup.com
Ryan Lower, Bar No. 9108
Email: rml@morrislawgroup.com
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Telephone:  (702) 474-9400
Facsimile:   (702) 474-9422

Jeff M. Golub (admitted pro hac vice)
Email: jgolub@brsfirm.com
BECK, REDDEN & SECREST, L.L.P.
1221 McKinney Street, Suite 4500
Houston, Texas  77010
Telephone: (713) 951-3700
Facsimile: (713) 951-3720

Attorneys for Defendant
Autoliv ASP, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NICOLE THOMPSON, SHIRLEY THOMPSON, and DENNIS THOMPSON,<br><br>Plaintiffs,<br><br>vs.<br><br>AUTOLIV ASP, INC., a Delaware Corporation; TRW AUTOMOTIVE U.S. LLC, a Delaware Corporation licensed in Nevada,<br><br>Defendants. | Case No. 2:09-cv-01375-PMP-LRL<br><br>**ORDER OF DISMISSAL OF AUTOLIV ASP, INC. AND AUTOLIV SAFETY TECHNOLOGY, INC. WITH PREJUDICE** |

On this day the Court considered the Stipulation of Dismissal of Autoliv ASP, Inc. and Autoliv Safety Technology, Inc. With Prejudice, filed by Plaintiffs Nicole Thompson, Dennis Thompson, and Shirley Thompson, and Defendants Autoliv ASP, Inc. and Autoliv Safety Technology, Inc.  Pursuant to that Stipulation, the Court hereby ORDERS that all claims brought by Plaintiffs against Defendants Autoliv ASP, Inc. and Autoliv Safety Technology, Inc. in the

above-captioned action are DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P. 41, with costs taxed against the parties incurring same.

DATE: April 6, 2011

_____
UNITED STATES DISTRICT JUDGE