**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| NICOLE THOMPSON, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | 2:09-cv-01375-PMP-LRL |
| v. ) | |
| ) | **O R D E R** |
| AUTOLIV SAFETY ) | |
| TECHNOLOGY INC., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

This case comes before the court on defendant TRW's Motion for Protective Order (#69). The court has considered the motion, plaintiffs' Response (#76) and Countermotion to Compel Discovery (#83), TRW's Reply in Support of its Motion for Protective Order and Response to Plaintiffs' Countermotion (#80), and plaintiffs' Reply to TRW's Response to the Countermotion (#86). Good cause appearing,

IT IS ORDERED that TRW's Motion for Protective Order (#69) is granted to the following extent:

1. The continued deposition of TRW's Rule 30(b)(6) witness -- Mr. Rochette -- will be taken in Detroit, Michigan. Plaintiff will be allowed an additional seven (7) hours (excluding breaks) to complete the deposition.

2. Plaintiffs' document requests regarding the design, development and testing of the AECM in question shall be limited to the years 1996 through 1998.

3. TRW need not respond further to plaintiffs' Requests for Admissions.

. . .

. . .

IT IS FURTHER ORDERED that plaintiffs' Countermotion to Compel Discovery (#83) is granted to the following extent:

1. TRW shall, not later than October 17, 2011, respond without objection to all interrogatories and document requests that call for information or documents relevant (within the meaning of Fed.R.Civ.P. 26(b)(1)) to the question of the extent, if any, to which TRW and Chrysler collaborated on or discussed the design, testing and development of the AECM in question.

2. TRW shall, not later than October 17, 2011, respond without objection to all interrogatories and document requests that call for information or documents relevant (within the meaning of Rule 26(b)(1)) to the question of the extent, if any, to which the depowered air bag system in question directly or indirectly affected the design, development or testing of the AECM in question, including the timing of its deployment threshold.

3. TRW shall, not later than October 17, 2011, produce an affidavit of a responsible corporate officer or manager explaining in detail why TRW has not produced a contract or other documents reflecting the nature and scope of TRW's relationship with Chrysler regarding the design, development and testing of the AECM in question.

DATED this 28th day of September, 2011.

_____
**LAWRENCE R. LEAVITT**
**UNITED STATES MAGISTRATE JUDGE**