EDWARD J. ACHREM & ASSOCIATES, LTD.
Edward J. Achrem, Esq.
Nevada Bar No. 2281
512 South Tonopah, Ste. 100
Las Vegas, Nevada 89106
Phone: (702) 734-3936
Fax: (702) 734-7199
ejachrem@aol.com
Counsel for Plaintiffs

MAGANA, CATHCART & MCCARTHY
Clay Robbins, III, Esq.
California Bar No. 101275
1801 Avenue of the Stars
Suite 600
Los Angeles, CA 90067
Phone: (310) 553-6630
Counsel for Plaintiff

UNITED STATED DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| NICOLE THOMPSON, | ) |
| Plaintiff, | ) Case No.: 2:09-cv-1375-PMP-VCF |
| vs. | ) **FIFTH STIPULATED AMENDED** |
| TRW AUTOMOTIVE U.S. LLC, a | ) **DISCOVERY PLAN AND** |
| Delaware Corporation licensed in Nevada; DOES I-X, inclusive | ) **SCHEDULING ORDER** |
| ROE CORPORATIONS I-X, inclusive, | ) |
| Defendants. | ) |

Pursuant to LR 26-4, the parties hereby submit this Fifth Stipulated Amended Discovery Plan and Scheduling Order as follows:

This is a product liability action arising out of a motor vehicle collision that occurred on 4/27/07. The Plaintiff

1

alleges defects in the vehicle's airbag and seatbelt systems and that as a result of those defects Nicole Thompson sustained injury and is claiming over $1,000,000 in medical expenses alone. The Defendant denies these defects, the amount of the Plaintiff's claimed medical expenses and the Plaintiff's alleged injuries.

The current Discovery Scheduling Plan and Order was approved and filed on 12/3/10 (Doc #54). The current discovery schedule is as follows:

| Event | Deadline |
|---|---|
| Deadline to amend pleadings or add parties | September 16, 2010 |
| Expert Disclosures | November 1, 2010 |
| Rebuttal Expert Disclosures | February 25, 2011 |
| Discovery Cut-off date | June 24, 2011 |
| Parties' Interim Status Report | April 25, 2011 |
| Dispositive Motions | August 8, 2011 |
| Pretrial Order | September 7, 2011 |

However, the parties entered into a Discovery Stay (Doc. #91), which was signed into Order on 4/27/11 (Doc. # 93) as a result of various motions filed by both parties. The last of these motions was ruled upon on 9/28/11. Pursuant to Order (Doc. #93), the parties must now submit this Amended Discovery Scheduling Order.

2

To date the parties have been diligently engaging in pretrial discovery. The following is a list of some of the discovery that has been undertaken to date:

- The parties exchanged FRCP 26(a)(1) Initial Disclosures;
- Plaintiff has provided supplements to their FRCP 26(a)(1) Initial Disclosures and continues to do so;
- Plaintiff responded to discovery requests;
- The Plaintiff has propounded discovery to Defendant, to which Defendant responded. Amended responses were submitted on October 17, 2011, pursuant to this Court's Order (Doc. #114);
- All counsel has conferred either telephonically or in writing on the completeness of each of the Defendants' discovery responses, those discussions are still ongoing, motions have been filed and ruled upon;
- Defendant TRW has served non-party subpoenas on several of Plaintiff's medical providers to obtain updated medical records;
- Former Defendant Autoliv ASP served a non-party subpoena on Chrysler Group and obtained documents in response related to the previous litigation brought by Plaintiffs against Chrysler arising out of the same incident;
- Former Defendant Autoliv ASP served non-party subpoenas to

3

obtain employment and education records related to Plaintiff Nicole Thompson;

- The Plaintiff and her parents have been deposed;
- Plaintiff has deposed a FRCP 30(b)(6) representative from the Defendant;
- The Plaintiff has designated 9 trial expert witnesses and 21 expert treating physicians. These depositions have either been scheduled or the parties are working together to do so.;
- The defendant has designated 7 experts and two rebuttal experts. These depositions have either been scheduled or the parties are working together to do so; and
- Both parties have filed discovery motions that have now been ruled upon.

Despite these efforts, the parties are still faced with a very complex products liability matter, voluminous medical records and design documents, potentially in excess of 20 expert depositions, as well as additional FRCP 30(b)(6) depositions of the defendants. The parties have been working together on dates for these depositions and many of them have already been scheduled for dates ranging from October, 2011 to February, 2012.

//

4

For all these reasons, the parties request the following Discovery Deadlines:

| Event | Previous Deadline | New Deadline |
|---|---|---|
| Deadline to amend pleadings or add parties | September 16, 2010 | September 16, 2010 |
| Expert Disclosures | November 1, 2010 | November 1, 2010 |
| Rebuttal Expert Disclosures | February 25, 2011 | February 25, 2011 |
| Discovery Cut-off | June 24, 2011 | March 30, 2012 |
| Parties' Interim Status Report | April 25, 2011 | December 29, 2011 |
| Dispositive Motions | August 8, 2011 | May 15, 2012 |
| Pretrial Order | September 7, 2011 | June 15, 2012 |

These modifications to the current Scheduling Order are not sought for the purpose of delay or to frustrate the progress of this case, and are sought only to give the parties additional time to complete the discovery necessary, that is consistent with the rulings of this Court and to prepare this matter for trial. As the Court has not yet set a trial date in this matter, permitting the above requested extensions to the current Scheduling Order will neither interfere with any existing pre-trial obligations nor delay the progress on this case for trial.

//

//

//

5

IT IS SO STIPULATED.

DATED this ___ day of October, 2011.

BY /s/ Clay Robbins
Edward J. Achrem, Esq.
Nevada Bar No. 2281
EDWARD J. ACHREM & ASSOCIATES
512 S. Tonopah Drive., #100
Las Vegas, Nevada 89106
(702) 734-3936
(702) 734-7199 FAX
Clay Robbins, III, Esq.
(*Admitted Pro Hac Vice*)
MAGANA, CATHCART & MCCARTHY
1801 Avenue of the Stars, #600
Los Angeles, CA 90067
(310) 553-6630
(310) 407-2295 FAX

Counsel for Plaintiffs

BY /s/ Katheryne MarDock
Michael E. Stoberski, Esq.
Nevada Bar No. 4762
OLSON, CANNON, GORMLEY & DESRUISSEAUX
9950 W. Cheyenne Avenue
Las Vegas, Nevada 89129
David R. Tippetts
Katheryne R. MarDock
WEINSTEIN TIPPETTS & LITTLE,
7660 Woodway, Suite 500
Houston, Texas 77063
(713) 244-0806
(713) 244-0801 FAX

Counsel for Defendant
TRW Automotive U.S. LLC

IT IS SO ORDERED this 20th day of October 2011.

_____
U.S. MAGISTRATE JUDGE