UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NICOLE THOMPSON, ) <br> ) <br> Plaintiff(s), ) <br> ) <br> vs ) <br> ) <br> TRW AUTOMOTIVE U.S. LLC, et al., ) <br> ) <br> Defendant(s). ) <br> ) | Case # 2:09-CV-1375-PMP-VCF <br><br> ORDER REFERRING CASE FOR <br> SETTLEMENT CONFERENCE |

This case is currently stacked on the calendar on **Tuesday, February 12, 2013**, for a Jury Trial.

**IT IS ORDERED** that this case is hereby referred to Magistrate Judge **Cam Ferenbach** for a settlement conference.

DATED this 18th day of June, 2012.

_____
PHILIP M. PRO, U.S. DISTRICT JUDGE