UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA
-oOo-

NICOLE THOMPSON, *et al.*,

    Plaintiffs,

vs.

AUTOLIV ASP, INC., *et al.*,

    Defendants.

2:09-CV-01375-PMP-VCF

**ORDER**

Having read and considered Plaintiff's fully briefed Motion for Partial Summary Judgment (Doc. #126) and Defendants' fully briefed Motions for Partial Summary Judgment on Plaintiff's Claim for Punitive Damages and on Plaintiff's Back Injury Claim (Docs. #127 & 128), and finding that genuine issues of material fact remain as to each of the claims at issue which warrant determination at trial, and good cause appearing,

**IT IS ORDERED** that Plaintiff's Motion for Partial Summary Judgment (Doc. #126) and Defendants' Motions for Partial Summary Judgment on Plaintiff's Claim for Punitive Damages and on Plaintiff's Back Injury Claim (Docs. #127 & 128) are **DENIED**.

DATED: July 3, 2012.

_____
PHILIP M. PRO
United States District Judge