DAVID R. TIPPETTS, ESQ.
Admitted *pro hac vice*
MATTHEW E. COVELER, ESQ.
Admitted *pro hac vice*
BENJAMIN T. ZINNECKER, ESQ.
Admitted *pro hac vice*
WEINSTEIN TIPPETTS & LITTLE LLP
7500 San Felipe, Suite 500
Houston, Texas 77063
Tel. (713) 244-0800
Fax (713) 244-0801
david.tippetts@wtllaw.com

MICHAEL E. STOBERSKI, ESQ.
Nevada Bar No. 004762
OLSON, CANNON, GORMLEY,
ANGULO & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Tel. (702) 384-4012
Fax (702) 383-0701
mstoberski@ocgas.com

Attorneys for Defendant TRW Automotive U.S. LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * * *

| | |
|---|---|
| NICOLE THOMPSON, | ) |
| Plaintiff, | ) CASE NO. 2:09-cv-1375-JAD-PAL |
| vs. | ) **TRW AUTOMOTIVE U.S. LLC'S NOTICE OF ADOPTION OF STATE COURT ANSWER TO AMENDED COMPLAINT [33]** |
| TRW AUTOMOTIVE U.S. LLC, et al., | ) |
| Defendants. | ) |

In answer to the Amended Complaint for Damages (ECF No. 33), Defendant TRW Automotive U.S. LLC ("TRW") adopts by reference, pursuant to Rule 10(c) of the Federal Rules of Civil Procedure, TRW's state court answer to Plaintiffs' complaint. In support, TRW shows as follows:

///

///

///

1.     Plaintiff Nicole Thompson, along with her parents, filed their Original Complaint for Damages in Nevada state court on April 24, 2009.  *See* Ex. A to Notice of Removal (ECF No. 1-2).

2.     TRW timely answered the Complaint on July 27, 2009, while the case was still pending in state court.  *See* Exhibit 1, TRW Automotive U.S. LLC's Answer to Plaintiffs' Complaint.  Autoliv Safety Technology, Inc. ("AST") removed the case to this Court on July 29, 2009.  ECF No. 1.  TRW made a timely jury demand on August 10, 2009.  ECF No. 10.

3.     On March 9, 2010, Plaintiffs amended their complaint.  ECF No. 33.  The purpose of the amendment was solely to substitute Autoliv ASP, Inc. ("ASP") in place of AST.  *See* Stipulation and Order to Allow Plaintiffs to File Amended Complaint (ECF No. 31).  Except for the substitution of ASP for AST, the Original and First Amended Complaints are identical.  *Compare* ECF No. 33 *with* ECF No. 1-2.  TRW did not file an answer to Plaintiffs' amended pleading, as the allegations were not changed or modified in any way.

4.     However, to avoid any confusion, TRW re-files, with no changes, its original answer and asserts its original answer (including its defenses therein) in response to Plaintiff's amended complaint.  TRW Automotive U.S. LLC's Answer to Plaintiffs' Complaint is attached as Exhibit 1 and incorporated by reference pursuant to Rule 10(c) of the Federal Rules of Civil Procedure.

TRW requests Plaintiff take nothing by reason of her Amended Complaint; the Amended Complaint be dismissed with prejudice; and for such other and further relief to which TRW may be justly entitled.

DATED this 4th day of June, 2014.

By:  /s/ David R. Tippetts
MICHAEL E. STOBERSKI, ESQ.
Nevada Bar No. 004762
OLSON, CANNON, GORMLEY
  ANGULO & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, Nevada  89129

DAVID TIPPETTS, ESQ.
Admitted *pro hac vice*
MATTHEW E. COVELER, ESQ.
Admitted *pro hac vice*
BENJAMIN T. ZINNECKER, ESQ.
Admitted *pro hac vice*
WEINSTEIN TIPPETTS & LITTLE LLP
7500 San Felipe, Suite 500
Houston, Texas  77063

Attorneys for TRW Automotive U.S. LLC

### CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on this 4th day of June, 2014, I did serve, via the Court's CM/ECF System, a copy of the above and foregoing document on all counsel of record.

/s/ David R. Tippetts
David R. Tippetts

AN EMPLOYEE OF
WEINSTEIN TIPPETTS & LITTLE LLP

4812-7912-4507, v.  2