```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
```

NICOLE THOMPSON,              )
                              )
    Plaintiff,                )
                              )
vs.                           )
                              )       Case 2:09-CV-1375-JAD-PAL
TRW AUTOMOTIVE U.S. LLC.,     )
                              )
    Defendant.                )       DATED: July 28, 2014

PRESENT: THE HONORABLE JENNIFER A. DORSEY, U.S. DISTRICT JUDGE

DEPUTY CLERK:  Donna Sherwood    COURT REPORTER: Felicia Zabin

COUNSEL FOR PLAINTIFF: Clay Robbins, Edward Achrem

COUNSEL FOR DEFENDANT: David Tippetts, Michael Stoberski,
    Matthew Coveler, Benjamin Zinnecker

PROCEEDINGS: **JURY TRIAL (DAY 1)**

8:40 a.m. Court convenes.

The Court places detailed findings on the record and **DENIES** [255] Plaintiff's Expedited Motion to Preclude TRW from Presenting Defenses, Witnesses, Evidence and Testimony that Exceeds the Scope of the Plaintiff's Remaining Product Liability Claim Regarding Consumer Expectation.

Mr. Robbins withdraws Plaintiff's punitive damage claim.

Counsel have no objections to the proposed voir dire questions.

On inquiry by the Court, Plaintiff estimates twelve days for their case-in-chief; Defendants estimate six days for their case-in-chief.

The Court and counsel confer on issues relating to the length of trial.

Mr. Tippetts places on the record the evidentiary stipulations of the parties.

Mr. Robbins has no objection to the two photographs defendant will use in opening statements.

2:09-CV-1375-JAD-PAL
7/28/2014
Page 2
_____

The Court places additional findings on the record as to [255].

9:20 a.m. Court stands at recess.

9:30 a.m. Court reconvenes in the presence of forty prospective jurors. All parties are present.

The Court makes opening remarks and introduces court staff.

Prospective jurors are sworn and voir dire commences.

12:00 p.m. Prospective jurors admonished and excused. Court stands at recess.

Counsel exercise their peremptory challenges.

12:25 p.m. Court reconvenes outside the presence of the prospective jurors. All parties are present.

Counsel have no objections to the peremptory challenges or to the process.

12:30 p.m. Court reconvenes in the presence of the prospective jurors. All parties are present.

Selected jury seated and sworn. Unselected jurors excused.

12:35 p.m. Jury admonished and excused. Court stands at recess.

1:50 p.m. Court reconvenes in the presence of the jury. All parties are present.

The Court gives preliminary instructions to the jury on the order of trial proceedings.

Opening statements are presented by Mr. Robbins on behalf of the Plaintiff.

2:44 p.m. Jury admonished and excused. Court stands at recess.

2:55 p.m. Court reconvenes in the presence of the jury. All parties are present.

```
2:09-CV-1375-JAD-PAL
7/28/2014
Page 3
```

Opening statements are presented by Mr. Tippetts on behalf of the Defendant.

The Court instructs the jury that Autoliv is not a party in this case.

**NICOLE THOMPSON,** Plaintiff, is sworn and testifies on direct examination by Mr. Achrem.  **Plaintiff's Exhibits 20, 132 (sheet music only) and 193 marked and admitted in evidence.  Plaintiff's Exhibit 196 marked, but not admitted.**

**IT IS ORDERED** the Jury Trial is continued to Tuesday, July 29, 2014, at 9:00 a.m.

4:45 p.m. Jury admonished and excused.

Mr. Achrem presents argument why the CD contained in Plaintiff's Exhibit 132 should be admitted in evidence.  Mr. Tippetts argues in opposition.

The Court finds if Mr. Achrem can lay the foundation, then the CD will be admitted.

Mr. Tippetts requests clarification on the Court's Order regarding Autoliv.

The Court will not make any ruling on that at this time.

4:55 p.m. Court adjourns.

```
                              LANCE S. WILSON, CLERK
                              By:
                              /S/_____
                              Donna Sherwood, Deputy Clerk
```