```
                    FILED          RECEIVED
                    ENTERED        SERVED ON
                            COUNSEL/PARTIES OF RECORD

                         AUG 1 4 2014

                    CLERK US DISTRICT COURT
                      DISTRICT OF NEVADA
              BY:_____DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \*

NICOLE THOMPSON,

        Plaintiff,

vs.

TRW AUTOMOTIVE U.S. LLC, et al.,

        Defendants.

CASE NO. 2:09-cv-1375-JAD-PAL

**TRIAL STIPULATION REGARDING MEDICAL EXPENSES**

      The parties have reached certain agreements concerning medical expenses and propose the following jury instruction be given during Plaintiff's case-in-chief:

      **1.**    **The parties have agreed to certain facts to be placed in evidence as Exhibit 25. You should therefore treat these facts as having been proved.**

      a.    Exhibit 25 is a list of all of Plaintiff's medical bills, which excludes Plaintiff's medical bills from Lemper Pain Centers (collectively Plaintiff's Exh. 214), Dr. Brian Lemper (Plaintiff's Exh. 214a), the Center for Surgical Intervention (Plaintiff's Exh. 214b), and Summerlin Outpatient Pharmacy (Plaintiff's Exh. 214c).

      b.    The parties agree that the dollar amounts listed in Exhibit 25 accurately summarize Plaintiff's medical bills for treatments provided to Plaintiff.

      c.    The parties agree that the dollar amounts listed in Exhibit 25 are usual and customary charges in the Las Vegas area for treatments provided to Plaintiff.

      **2.**    **However, in considering Exhibit 25:**

      a.    You must still decide whether the treatments provided to Plaintiff were reasonable.

      b.    You must still decide whether the treatments provided to Plaintiff were necessary.

      c.    You must still decide whether the non-deployment of the air bag caused, as cause is defined by the judge, any of Plaintiff's alleged injuries or necessitated any of the treatments provided to Plaintiff.

1    d.   You must still decide whether Plaintiff's motor vehicle accident caused, as cause is defined by the judge, all of Plaintiff's alleged injuries or necessitated all of the treatments provided to Plaintiff.

In addition to reading this instruction to the jury, the Parties agree that Exhibit 25 will include identical language (paragraphs 1, 1 a. through 1 c., 2, and 2 a. through 2.d) at the beginning of the document or as a cover page to the document.

DATED this <u>14th</u> day of August, 2014.

By: /s/ *Clay Robbins, III*
Edward J. Achrem, Esq.
Nevada Bar No. 2281
EDWARD J. ACHREM & ASSOCIATES
512 S. Tonopah Drive., #100
Las Vegas, Nevada 89106
MAGAÑA, CATHCART & MCCARTHY
Clay Robbins, III, Esq.
California Bar No. 101275
1801 Avenue of the Stars
Suite 600
Los Angeles, CA 90067
Phone: (310) 553-6630
Counsel for Plaintiff

By: /s/ *Matthew Coveler*
MICHAEL E. STOBERSKI, ESQ.
Nevada Bar No. 004762
OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
DAVID TIPPETTS, ESQ.
Admitted *pro hac vice*
MATTHEW E. COVELER, ESQ.
Admitted *pro hac vice*
BENJAMIN T. ZINNECKER, ESQ.
Admitted *pro hac vice*
WEINSTEIN TIPPETTS & LITTLE LLP
7500 San Felipe, Suite 500
Houston, Texas 77063
Attorneys for TRW Automotive U.S. LLC

IT IS SO ORDERED this ____ day of ___August___, 2014.

_____
U.S. DISTRICT COURT JUDGE