```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
```

NICOLE THOMPSON,              )
                              )
    Plaintiff,                )
                              )
vs.                           )
                              )  Case 2:09-CV-1375-JAD-PAL
TRW AUTOMOTIVE U.S. LLC.,     )
                              )
    Defendant.                )  DATED: August 15, 2014

PRESENT: THE HONORABLE JENNIFER A. DORSEY, U.S. DISTRICT JUDGE

DEPUTY CLERK: Donna Sherwood    COURT REPORTER: Patricia Ganci

COUNSEL FOR PLAINTIFF: Edward Achrem, Clay Robbins

COUNSEL FOR DEFENDANT: David Tippetts, Michael Stoberski,
                      Matthew Coveler, Benjamin Zinnecker

PROCEEDINGS: **JURY TRIAL (DAY 12)**

8:30 a.m. Court convenes outside the presence of the jury. All parties are present.

The Court places detailed findings on the record and **DENIES** [281] Defendant's Motion for Judgment pursuant to Rule 50.

The Court and counsel confer on miscellaneous issues.

**On the stipulation of counsel, Defendant's Exhibits 562, 815, 886 marked and admitted in evidence.**

8:50 a.m. Court stands at recess.

9:05 a.m. Court reconvenes in the presence of the jury. All parties are present.

**GREGORY STEPHENS**, called on behalf of the Defendant, is sworn and testifies on direct examination by Mr. Tippetts.

10:40 a.m. Jury admonished and excused. Court stands at recess.

10:50 a.m. Court reconvenes in the presence of the jury. All parties are present.

```
2:09-CV-1375-JAD-PAL
8/15/2014
Page 2
```
---

**GREGORY STEPHENS**, having previously been sworn, resumes the stand and testifies further on direct examination by Mr. Tippetts, cross examination by Mr. Robbins.

12:00 p.m. Jury admonished and excused. Court stands at recess.

1:08 p.m. Court reconvenes in the presence of the jury. All parties are present.

**GREGORY STEPHENS**, having previously been sworn, resumes the stand and testifies further on cross examination by Mr. Robbins, redirect examination by Mr. Tippetts and recross examination by Mr. Robbins, then is excused.

**DR. STANLEY N. COHEN**, called on behalf of the Defendant, is sworn and testifies on direct examination by Mr. Zinnecker, cross examination by Mr. Robbins. **Defendant's Exhibit 557 marked and admitted in evidence**.

2:46 p.m. Jury admonished and excused. Court stands at recess.

2:58 p.m. Court reconvenes in the presence of the jury. All parties are present.

**DR. STANLEY N. COHEN**, having previously been sworn, resumes the stand and testifies further on cross examination by Mr. Robbins and redirect examination by Mr. Zinnecker, then is excused.

**MICHAEL EDWARD KLIMA**, called on behalf of the Defendant, is sworn and testifies on direct examination by Mr. Coveler.

**IT IS ORDERED** the Jury Trial is continued to Tuesday, August 19, 2014, at 9:00 a.m.

Jury admonished and excused.

4:35 p.m. Court adjourns.

```
                                    LANCE S. WILSON, CLERK
                                    By:
                                    /S/_____
                                    Donna Sherwood, Deputy Clerk
```