```
                    UNITED STATES DISTRICT COURT
                        DISTRICT OF NEVADA
NICOLE THOMPSON,             )
                             )
     Plaintiff,              )
                             )
vs.                          )
                             )        Case 2:09-CV-1375-JAD-PAL
TRW AUTOMOTIVE U.S. LLC.,    )
                             )
     Defendant.              )        DATED: August 26, 2014
```

PRESENT: THE HONORABLE JENNIFER A. DORSEY, U.S. DISTRICT JUDGE

DEPUTY CLERK:  Donna Sherwood

COURT REPORTERS: Felicia Zabin, Patricia Ganci


COUNSEL FOR PLAINTIFF: Clay Robbins, Edward Achrem

COUNSEL FOR DEFENDANT: David Tippetts, Michael Stoberski,
                       Matthew Coveler, Benjamin Zinnecker

PROCEEDINGS: **JURY TRIAL (DAY 18)**

9:00 a.m. Court convenes outside the presence of the jury.  Mr. Achrem and Plaintiff are not present.

**IT IS ORDERED** [299] Defendant's Motion for Judgment as a Matter of Law at the Close of All the Evidence is **DENIED** as stated on the record.

The Court and counsel confer on changes to the verdict form.

Mr. Coveler states for the record TRW does not agree to the Special Verdict Form as stated in yesterday's minutes.

The Court notes TRW's objection and finds the parties reached an agreement as to what the form going back to the jury would look like.

The Court approves the Amended Stipulation Regarding Plaintiff's Pregnancy and Delivery.

9:15 a.m. Court stands at recess.

9:35 a.m. Court reconvenes in the presence of the jury.  All parties are present.

**2:09-CV-1375-JAD-PAL**
**8/26/2014**
**Page 2**

The Court reads the Amended Trial Stipulation Regarding Plaintiff's Pregnancy and Delivery to the jury.

The Court instructs the jury on the law as contained in the Jury Instructions.

Closing arguments are presented by Mr. Achrem on behalf of the Plaintiff.

11:45 a.m. Jury admonished and excused. Court stands at recess.

12:50 p.m. Court reconvenes in the presence of the jury.  All parties are present.

Closing arguments are presented by Mr. Tippetts on behalf of the Defendant.

3:16 p.m. Jury admonished and excused.  Court stands at recess.

3:28 p.m. Court reconvenes in the presence of the jury.  All parties are present.

Rebuttal closing arguments are presented by Mr. Achrem on behalf of the Plaintiff.

The bailiff is sworn to take charge of the jury.

4:08 p.m. The jury retires to deliberate.  Court stands at recess.

4:35 p.m. Court reconvenes outside the presence of the jury.  All parties are present.

The Court advises counsel the jury has indicated by a note they wish to retire at 4:45 p.m.  On inquiry by the Court, counsel have no objection if the jurors are not brought back into the courtroom and the clerk excuses them at 4:45 p.m. to return tomorrow morning at 9:00 a.m. to continue with their deliberations.

4:40 p.m. Court adjourns.

                              LANCE S. WILSON, CLERK
                              By:
                              /S/_____
                              Donna Sherwood, Deputy Clerk