UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * *

NICOLE THOMPSON,

     Plaintiff,

vs.

TRW AUTOMOTIVE U.S. LLC, et al.,

     Defendants.

CASE NO. 2:09-cv-1375-JAD-PAL

**AMENDED TRIAL STIPULATION REGARDING PLAINTIFF'S PREGNANCY AND DELIVERY**

     The parties have reached certain agreements concerning medical expenses related to Plaintiff's pregnancy and C-Section delivery and propose the following instruction be given to the jury:

     1.    **The parties have agreed that certain facts be placed in evidence as Exhibit 215. You should therefore treat the fact below as having been proved.**

     a.    As a result of Plaintiff's carotid artery dissection and the stent placement, she required the treatment described in Exhibit 215a, 215b and 215c.

     2.    **Exhibit 215 includes medical records related to Plaintiff's pregnancy and C-Section delivery.**

     a.    The total cost of the treatment described in Exhibit 215 was $11,606.00 ($420 from Essential Women's Health [215a], $3,186 from High Risk Pregnancy [215b] and $8,000 from St. Rose Hospital [215c]). The charges for the treatment described in Exhibit 215 are already included in Exhibit 25, which is a list of Plaintiff's medical bills.

     3.    **However, in considering Exhibit 215:**

     a.    You must still decide whether the non-deployment of the air bag legally caused, as legal cause is defined by the Judge, Plaintiff's carotid artery dissections and any of the treatment provided to Plaintiff as a result of the dissections, including without limitation Plaintiff's pregnancy-related and C-section delivery related costs.

1  In addition to reading this instruction to the jury, the Parties agree that Exhibit 215 will
2  be admitted and will include identical language (paragraphs 1 through 3) at the beginning of the
3  Exhibit 215.

4  DATED this 25th day of August, 2014.

5  By: /s/ Clay Robbins, III
6  Edward J. Achrem, Esq.
   Nevada Bar No. 2281
7  EDWARD J. ACHREM & ASSOCIATES
   512 S. Tonopah Drive., #100
8  Las Vegas, Nevada 89106
   MAGAÑA, CATHCART & MCCARTHY
9  Clay Robbins, III, Esq.
10 California Bar No. 101275
   1801 Avenue of the Stars
11 Suite 600
   Los Angeles, CA 90067
12 Phone: (310) 553-6630
   Counsel for Plaintiff
13

14
   By: /s/ Benjamin Zinnecker
15 MICHAEL E. STOBERSKI, ESQ.
   Nevada Bar No. 004762
16 OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI
   9950 West Cheyenne Avenue
17 Las Vegas, Nevada 89129
18 DAVID TIPPETTS, ESQ.
   Admitted *pro hac vice*
19 MATTHEW E. COVELER, ESQ.
   Admitted *pro hac vice*
20 BENJAMIN T. ZINNECKER, ESQ.
21 Admitted *pro hac vice*
   WEINSTEIN TIPPETTS & LITTLE LLP
22 7500 San Felipe, Suite 500
   Houston, Texas 77063
23 Attorneys for TRW Automotive U.S. LLC

24
25 IT IS SO ORDERED this 26th day of August, 2014.
26
27 _____
   U.S. DISTRICT COURT JUDGE
28