UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| NICOLE THOMPSON,<br><br>　　　　　　　　　　Plaintiff,<br>　　v.<br>TRW AUTOMOTIVE U.S. LLC, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 2:09-cv-01375-JAD -PAL<br><br>ORDER |

This matter is before the court on Defendant TRW Automotive U.S. LLC's Memorandum in Support of Motions for Leave to File Under Seal (Dkt. #357). The court has considered the Memorandum.

TRW Automotive U.S. LLC filed two Motions to Seal (Dkt. ##338, 345), which sought to file certain exhibits to (a) TRW's Motion to Alter or Amend Judgment (Dkt. #336); and (b) TRW's Response (Dkt. #343) to Plaintiff's Motion to Alter or Amend Judgment (Dkt. #335) under seal because the exhibits include "confidential settlement information." The court denied the Motions without prejudice, finding TRW had not made a particularized showing of compelling reasons, supported by specific facts, to seal the exhibits. *See* Orders (Dkt. ##355, 356). TRW has now set forth compelling reasons, supported by facts and relevant case law, to justify filing the following documents under seal:

- Exhibit A, A-3, and A-4 to TRW's Motion to Alter or Amend (Dkt. #336); and
- Exhibit A to TRW's Response (Dkt. #343) to Plaintiff's Motion to Alter or Amend (Dkt. #335).

/ / /

/ / /

/ / /

Accordingly,

**IT IS ORDERED** that the Clerk of Court is directed to maintain the Exhibits (Dkt. ##337, 344) under seal.

Dated this 29th day of January, 2015.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE