DAVID R. TIPPETTS
Admitted pro hac vice
MATTHEW E. COVELER
Admitted pro hac vice
WEINSTEIN, TIPPETTS & LITTLE LLP
7500 San Felipe, Suite 500
Houston, Texas 77063
(713) 244-0800
(713) 244-0801 (Fax)
david.tippetts@wtllaw.com
matthew.coveler@wtllaw.com

DANIEL F. POLSENBERG
Nevada Bar No. 2376
JOEL D. HENRIOD
Nevada Bar No. 8492
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
(702) 949-8200
(702) 949-8398 (Fax)
DPolsenberg@LRRC.com
JHenriod@LRRC.com

MICHAEL E. STOBERSKI
Nevada Bar No. 4762
OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012
(702) 383-0701 (Fax)
mstoberski@ocgas.com

*Attorneys for Defendant*
*TRW Automotive U.S. LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NICOLE THOMPSON,<br><br>      Plaintiff,<br><br>vs.<br><br>TRW AUTOMOTIVE U.S. LLC, a Delaware Corporation,<br><br>      Defendant. | Case No. 2:09-CV-1375-JAD-(PAL)<br><br>**STIPULATION AND ORDER EXONERATING SUPERSEDEAS BOND** |

77937187_1

The parties stipulate that Supersedeas Bond No. 09176470, posted on October 15, 2015, in the amount of $3,096,000.00, shall be RELEASED, EXONERATED, and DISCHARGED.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: /s/ Matth E. Cowh
DANIEL F. POLSENBERG
JOEL D. HENRIOD
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
(702) 949-8200
(702) 949-8398 (Fax)

DAVID R. TIPPETTS
Admitted pro hac vice
MATTHEW E. COVELER
Admitted pro hac vice
WEINSTEIN, TIPPETTS & LITTLE LLP
7500 San Felipe, Suite 500
Houston, Texas 77063
(713) 244-0800
(713) 244-0801 (Fax)

MICHAEL E. STOBERSKI
OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012
(702) 383-0701 (Fax)

*Attorneys for Defendant*
*TRW Automotive U.S. LLC*

EDWARD J. ACHREM & ASSOCIATES, LTD.

By: /s/ Ed Achrem
Edward J. Achrem
EDWARD J. ACHREM & ASSOCIATES, LTD.
512 South Tonopah, Suite 100
Las Vegas, Nevada 89106

Clay Robbins, III
MAGANA, CATHCART & MCCARTHY
1801 Avenue of the Stars, Suite 600
Los Angeles, California 90067

*Attorneys for Plaintiff*
*Nicole Thompson*

IT IS SO ORDERED.

By _____
DISTRICT JUDGE   10/3/17

2

77937187_1